**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Dr. Genick Bar-Meir,

Plaintiff,

Civil No. 00-1666 (RHK/SRN)

vs.

**ORDER**

North American Die Casting Association,

Defendant.

---

Before the Court is Plaintiff's Motion to vacate the reference of this matter to Magistrate Judge Susan R. Nelson. The supporting Memorandum asserts that Judge Nelson is prejudiced against Plaintiff. It appears that the basis for this assertion of prejudice is Judge Nelson's denial of Plaintiff's ex parte motion to require the Defendant to preserve documents. Judge Nelson's ruling, accompanied by a well-reasoned explanation for her decision, cannot be the basis for removing her from this action.

Upon all the files, records and proceedings herein, **IT IS ORDERED** that Plaintiff's "Petition to Vacate A Reference to Magistrate Judge" (Doc. No. 7) is **DENIED**.

Dated: October 12, 2000

RICHARD H. KYLE
United States District Judge

FILED OCT 12 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______