UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Dr. Genick Bar-Meir,

Plaintiff,

Civil No. 00-1666 (RHK/SRN)

vs.

**ORDER**

North American Die Casting Association,

Defendant.

---

Defendant's Motion for Summary Judgment is referred to Magistrate Judge Susan Richard Nelson for a recommended disposition. Judge Nelson will hear oral arguments on said Motion at 1:30 p.m. on Friday, February 23, 2001 in St. Paul, Minnesota. The 8:00 a.m. hearing before the undersigned on February 23, 2001 is **CANCELED**.

Dated: February 15, 2001

RICHARD H. KYLE
United States District Judge

FILED FEB 15 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______