**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Dr. Genick Bar-Meir,

Plaintiff, Civil No. 00-1666 (RHK/SRN)

vs. **O R D E R**

North American Die Casting Association,

Defendant.

---

Plaintiff has filed Objections to the May 21, 2001, Report and Recommendation of Magistrate Judge Susan Richard Nelson. The undersigned has conducted the required de novo review of the Objections to the Report and Recommendation, and is satisfied that Judge Nelson's resolution of the issues before her was correct. Accordingly, the Report and Recommendation will be adopted in its entirety.

Upon all the files, records and proceedings herein, **IT IS ORDERED:**

1. The Objections (Doc. No. 65) are **OVERRULED**;

2. The Report and Recommendation (Doc. No. 62) is **ADOPTED**;

3. Defendant NADCA's Motion for Summary Judgment (Doc. No. 26) on the Counterclaim is **GRANTED** and

   (a) Plaintiff is permanently enjoined from using or attempting to register the term NADCA, or any reproduction, copy, or colorable imitation or variation thereof, as part of a domain name on or in communication with advertising, distribution, sale or offering for sale of products or services,

FILED JUN 12 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

(b) Plaintiff is permanently enjoined from performing any other act that is likely to lead the public to believe that any product or service advertised, distributed, sold, or offered for sale by Plaintiff is licensed, sponsored, or approved by, or otherwise affiliated with, Defendant,

(c) Plaintiff immediately transfer the domain name "nadca.org" to Defendant,

(d) Defendant is required to present a more definite request for damages by **Friday, May 25, 2001**; and

2. Defendant NADCA's Motion for Summary Judgment (Doc. No. 26) on the Complaint is **GRANTED**; and

3. Plaintiff's Complaint is **DISMISSSED WITH PREJUDICE.**[1]

Dated: June 12, 2001

RICHARD H. KYLE
United States District Judge

[1]The Court reserves jurisdiction with respect to damages claimed by Defendant.