**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Dr. Genick Bar-Meir,

Plaintiff, Civil No. 00-1666 (RHK/SRN)

vs. **O R D E R**

North American Die Casting Association,

Defendant.

---

Before the Court is Plaintiff's Motion for Stay While Pending Appeal. The Court is of the opinion that (a) Plaintiff will not prevail on the appeal; (b) Plaintiff will not suffer irreparable harm if the stay is not granted; (c) Defendant will clearly be harmed if the stay is granted; and (d) a stay is not in the public interest.

Based on the foregoing, and upon all the files, records and proceedings herein, **IT IS ORDERED** that Plaintiff's Motion for Stay While Pending Appeal (Doc. No. 76) is **DENIED**.

Dated: June 25, 2001

RICHARD H. KYLE
United States District Judge

FILED JUN 25 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________