**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Dr. Genick Bar-Meir,

Plaintiff,

Civil No. 00-1666 (RHK/SRN)

vs.

**ORDER**

North American Dic Casting Association,

Defendant.

---

By Order dated June 12, 2001, this Court granted Defendant's summary judgment motion and dismissed, with prejudice, the Complaint. In the same Order, the issue of damages claimed by Defendant was "reserved." Notwithstanding that the Order did not contain a Rule 54(b) direction to the Clerk for the entry of a judgment, Judgment in a Civil Case was entered by the Clerk on June 12, 2001.

Being of the view that the entry of judgment was a clerical error, the Court hereby **VACATES** the Judgment in a Civil Case (Doc. No. 73), and the Defendant's claim for monetary damages will be resolved in due course.

Dated: August 15, 2001

RICHARD H. KYLE
United States District Judge

FILED AUG 15 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

**Please forward this announcement to the recipient of this fax.**

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500