**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Genick Bar-Meir,**

**Plaintiffs,**

**v.**

**North American Die Casting Association,**

**Defendant.**

**Civil No. 00-1666 RHK/SRN**

**ORDER OF RECUSAL**

---

Pursuant to the provisions of 28 U.S.C. §455(a), the undersigned hereby recuses herself in this matter. By separate notice, the parties will be advised by the Clerk of Court as to the new Magistrate Judge on this matter.

DATED: May 22, 2002

Susan Richard Nelson

SUSAN RICHARD NELSON
United States Magistrate Judge

FILED MAY 22 2002
Richard D. Sletten, CLERK
Judgment Ent'd. ____________
Deputy Clerk's Initials ______

Bar-Meir

vs 00-1666RHK/JMM

North American Die Casting

The above-entitled matter has been re-assigned/referred to Magistrate Judge John M. Mason pursuant to an Order of Recusal by Magistrate Judge Susan R. Nelson. Please note the change in the Magistrate Judge's initials and refer to them when submitting materials to the court. Judge Kyle still remains the presiding judge.