UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

GENICK BAR-MEIR,

Plaintiff,

v.

NORTH AMERICAN DIE CASTING ASSOCIATION,

Defendant.

CIVIL NO. 00-1666 (RHK/JMM)

ORDER

Judgment having been entered in the above-entitled matter on June 2, 2002 [Docket No. 95], IT IS HEREBY ORDERED that the Pretrial Order of this Court dated June 4, 2002 is withdrawn in this closed matter.

Dated: June 6, 2002

JOHN M. MASON
United States Magistrate Judge

JUN 0 6 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK