**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**St. Paul, Minnesota**

# NOTICE TO COUNSEL

**OLD** Civil Case No.:0:00CV1666 (RHK/JMM)

Bar-Meir
v.
North American Die

**IN RE: Notice of Reassignment of Magistrate Judge - NEW:0:00CV1666 (RHK/AJB)**

**AT THE COURT'S DIRECTION,** the Clerk of Court is instructed to refer the above entitled case to **Magistrate Judge Arthur J. Boylan.**

If you have questions or concerns regarding this reassignment, please direct your inquiries to Kathy Thobe, his judicial assistant, at 651.848.1210. Magistrate Judge Boylan's address is 316 N. Robert Street, Room 638, Saint Paul, MN 55101.

**DATED:March 12, 2003**

Richard D. Sletten

**Richard D. Sletten, Clerk**

Filed March 12, 2003
Judgment entered____________
Deputy Clerk_______jgg________

104