Receipt # 267175

RECEIVED MAY 20 2003

# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

Civil Action No

00-1666 RHK/AJB

Dr. Genick Bar–Meir

Plaintiff,

v.

North American Die Casting Association,

Defendant.

## NOTICE OF APPEAL FROM FINAL ORDER AND ALL THE OTHER ORDERS IN THIS CASE

ORIGINAL

**NOTICE** is by given that Dr. Genick Bar–Meir appeal to United States Court of Appeals for the Eight Circuit from the final Judgment entered April 21, 2003 in this action and all the other Judgments entered previously dated:

1. June 12, 2001
2. April 16, 2001
3. Two on May 11, 2001
4. May 21, 2001
5. March 27, 2001
6. October 12, 2000
7. All and any the other even they are Oral Rulings in the hearings or otherwise.

Dr. Genick Bar–Meir

DATE: May 19, 2003

Dr. Genick Bar–Meir
1107 16th Ave S.E.
Minneapolis, MN 55414-2411
Phone: (612) 623-0713

MAY 20 2003
RICHARD SLETTEN, CLERK

(114)